1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIGARETTES CHEAPER!, a California corporation, and THE CUSTOMER COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BOARD OF EQUALIZATION, an agency of the State of California, ALTRIA GROUP, INC., a Virginia corporation, PHILIP MORRIS USA INC., and COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendants. | CASE NO.: 2:11-CV-00631-JAM-EFB<br><br>**ORDER GRANTING CONTINUANCE OF THE MAY 18, 2011 HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>*[Joint Stipulation to Continue the May 18, 2011 Hearing on Defendants' Motions to Dismiss filed concurrently herewith]*<br><br>Action Filed: January 18, 2011 |

[PROPOSED] ORDER GRANTING CONTINUANCE OF
THE MAY 18, 2011 HEARING ON DEFENDANTS' MOTIONS TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court, having reviewed the parties' Joint Stipulation To Continue The May 18, 2011 Hearing On the Motions To Dismiss, and good cause being shown therein, hereby ORDERS that:

1. The hearing on the California State Board of Equalization's motion to dismiss shall be continued from May 18, 2011 to June 15, 2011 at 9:30 a.m.

2. The hearing on Defendant Philip Morris USA Inc.'s motion to dismiss, in which Defendant Costco Wholesale Corporation joined, shall be continued from May 18, 2011 to June 15, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  4/14/2011                         /s/ John A. Mendez_____
                                          UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Ann Marie Mortimer (State Bar No. 169077)
amortimer@hunton.com
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendants
PHILIP MORRIS USA INC. and
ALTRIA GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com