Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIGARETTES CHEAPER!, a California corporation, and THE CUSTOMER COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BOARD OF EQUALIZATION, an agency of the State of California, ALTRIA GROUP, INC., a Virginia corporation, PHILIP MORRIS USA INC., and COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendants. | CASE NO.:  2:11-CV-00631-JAM-EFB<br><br>**ORDER GRANTING CONTINUANCE OF THE MAY 6, 2011 DEADLINE TO FILE THE RULE 26(f) REPORT**<br><br>*[Joint Stipulation to Continue the May 6, 2011 Deadline To File The Rule 26(f) Report filed concurrently herewith]*<br><br>Action Filed:  January 18, 2011 |

[PROPOSED] ORDER GRANTING CONTINUANCE OF
THE MAY 6, 2011 DEADLINE TO FILE THE RULE 26(f) REPORT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having reviewed the parties' Joint Stipulation To Continue The May 6, 2011 Deadline To File The Joint Rule 26(f) Report, and good cause being shown therein, hereby ORDERS that the deadline to file the Joint Rule 26(f) Report shall be continued from May 6, 2011 to 28 calendar days following the Court's rulings on the two pending motions to dismiss, which are currently scheduled for hearing on June 15, 2011.

**IT IS SO ORDERED.**

DATED:   5/3/2011                                   /s/ John A. Mendez_____
                                                         UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Ann Marie Mortimer (State Bar No. 169077)
amortimer@hunton.com
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendants
PHILIP MORRIS USA INC. and
ALTRIA GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com