KAMALA D. HARRIS
Attorney General of California
WILLIAM L. CARTER
Supervising Deputy Attorney General
JANE O'DONNELL, State Bar No. 100617
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0253
 Fax: (916) 327-2247
 E-mail: Jane.ODonnell@doj.ca.gov
*Attorneys for Respondent*
*California State Board of Equalization*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIGARETTES CHEAPER!, a California corporation, and THE CUSTOMER COMPANY, a California corporation,<br><br>Petitioners,<br><br>vs.<br><br>STATE BOARD OF EQUALIZATION, an agency of the State of California, ALTRIA GROUP, INC., a Virginia corporation, PHILIP MORRIS, USA, and COSTCO WAREHOUSE CORPORATION, a Washington corporation,<br><br>Respondents. | Case No. 2:11-CV-00631-JAM-EFB<br><br>**ORDER GRANTING THE CALIFORNIA STATE BOARD OF EQUALIZATION'S MOTION TO DISMISS**<br><br>Hearing Date: June 15, 2011<br>Time: 9:30 a.m.<br>Courtroom: 6<br><br>Action Filed: January 18, 2011 |

On June 15, 2011, the Motion to Dismiss pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and 12(b)(6), brought by the California State Board of Equalization ("SBE") in the above-entitled action was heard and considered by the Honorable John A. Mendez in Courtroom 6 of the above-entitled court. Jane O'Donnell of the Office of the Attorney General of the State of California appeared on behalf of moving party, the SBE. William S. Bernheim of Bernheim, Gutierrez & McCready appeared on behalf of the Petitioners. Also appearing were Ann Marie Mortimer of Hunton & Williams LLP on behalf of respondent/defendant Philip Morris USA, Inc.

1

PDF created with pdfFactory trial version www.pdffactory.com

and Daveed Ari Schwartz of Locke Lord Bissell & Liddell LLP on behalf of respondent/defendant Costco Wholesale Corporation.

The Court having considered the moving and reply papers submitted by the SBE and the opposition papers submitted by the Petitioners, and having heard the oral argument presented at the time of the hearing, and good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED:

1. That the Motion to Dismiss brought by the SBE is GRANTED on each of the grounds set forth in the Motion to Dismiss, *to wit*,

   A. The SBE is immune from suit in federal court under the 11th Amendment of the United States Constitution;

   B. The Federal Tax Injunction Act independently bars jurisdiction in federal court;

   C. The Court declines jurisdiction under the principle of comity; and

   D. The claims asserted in Petitioners' lawsuit are barred by the doctrine of *res judicata* based on the Sacramento County Superior Court rulings in Case Nos. 34-2008-80000129-CU-WM-GDS (*Cigarettes Cheaper! v. SBE*) and 34-2009-80000139-CU-WM-GDS (*The Customer Company v. SBE*).

2. The Court finds that any amendment would be futile and therefore denies Petitioners leave to amend.

IT IS SO ORDERED.

DATED: June 21, 2011                      /s/ John A. Mendez
                                          The Honorable John A. Mendez
                                          United States District Court Judge

Approved as to Form:

Bernheim, Gutierrez & McCready


By: _____
    William S. Bernheim

2
ORDER GRANTING THE STATE BOARD OF EQUALIZATION'S MOTION TO DISMISS
(2:11-CV-00631-JAM-EFB)

PDF created with pdfFactory trial version www.pdffactory.com