1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIGARETTES CHEAPER!, a California corporation, and THE CUSTOMER COMPANY, a California corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE BOARD OF EQUALIZATION, an agency of the State of California, ALTRIA GROUP, INC., a Virginia corporation, PHILIP MORRIS USA INC., and COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>   Defendants. | CASE NO.:  2:11-CV-00631-JAM-EFB<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS ALTRIA GROUP, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br><br><br>Action Filed:  January 18, 2011 |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

PDF created with pdfFactory trial version www.pdffactory.com

This Court, having reviewed the stipulation signed by Plaintiffs Cigarettes Cheaper! and The Customer Company, on the one hand, and Defendant Altria Group, Inc. ("Altria"), on the other, and good cause being shown therefor, hereby **DISMISSES** Altria from this action *with prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Dated: 6/27/2011                                    /s/ John A. Mendez_____
                                                                    John A. Mendez
                                                                    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS ALTRIA GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com